
E-FILED
Thursday, 06 December, 2007  08:37:56 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT SAVINGS FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, CARPENTERS FRINGE BENEFIT FUNDS & CARPENTERS LOCAL 183,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL ILLINOIS CONSTRUCTION, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.  07-3095<br>)<br>)<br>)<br>)<br>)<br>) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiffs' Motion for Default Judgment (d/e 10).  The Court has reviewed the Motion and other pleadings.  The Court finds that the Complaint has been duly filed and

1

served upon Defendant, Central Illinois Construction, Inc., and that the Defendant has failed to answer or otherwise plead within the statutory time frame.

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 10) is ALLOWED. The Plaintiffs are hereby awarded default judgment against Defendant, Central Illinois Construction, Inc., as follows:

A. A judgment is awarded in favor of the Plaintiffs and against the Defendant for audit liability due of $34,889.66, which includes liability due of $25,948.06, the costs of the audit in the amount of $678.75, liquidated damages in the amount of $5,189.74, and interest of $3,073.11;

B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments;

C. Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $2,895.61, as provided by ERISA, 29 U.S.C. § 1132(g)2); and

D. Defendant is ordered to pay all cost attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:   December 3, 2007

    FOR THE COURT:

                                             s/ Jeanne E. Scott
                                             JEANNE E. SCOTT
                                        UNITED STATES DISTRICT JUDGE